# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERRY BURGOS,** : | |
| **Petitioner** : | **CIVIL ACTION NO. 1:08-0478** |
| v. : | **(CONNER, D.J.)** |
|  | **(MANNION, M.J.)** |
| **ROBERT D. SHANNON and** : | |
| **PA STATE ATTORNEY GENERAL,** | |
|  : | |
| **Respondents** | |
|  : | |

## REPORT AND RECOMMENDATION

By way of background, on October 24, 2007, the petitioner, through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. That petition was assigned to civil action number 1:07-CV-1948. The 120 days to effectuate service had passed with no indication from the petitioner's counsel that service had been made. As a result, an order was issued on March 6, 2008, directing counsel to show cause why the petition should not be dismissed. (Doc. No. 2).

On March 12, 2008, a waiver of service was filed by counsel for the petitioner, (Doc. No. 3), along with a response to the court's order to show cause, (Doc. No. 4).

On March 14, 2008, counsel for the petitioner filed a second habeas corpus petition, assigned to the above-captioned civil action number, which is identical to the one filed in 1:07-CV-1948. This court will recommend that

this new petition be closed in light of the previous, still pending, habeas petition.

On the basis of the foregoing, **IT IS RECOMMENDED THAT**:

the instant action be **DISMISSED** as duplicative

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**Date: April 14, 2008**
O:\shared\REPORTS\2008 Reports\08-0478.01.wpd